UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**Valerie Jeffreys,**  Civil No. 05-2196 (JNE/JJG)

Plaintiff,

v.

**ORDER**

**Jo Anne B. Barnhart**,
Commissioner of
Social Security,

Defendant.

---

Based upon the Report and Recommendation by United States Magistrate Judge Jeanne J. Graham dated June 6, 2006; all the files, records and proceedings herein; and no objections having been filed to that Report and Recommendation;

**IT IS HEREBY ORDERED**:

(1) Plaintiff Valerie Jeffreys' Motion for Summary Judgment (Doc. No. 10) is **DENIED**; and

(2) Defendant Commissioner's Motion for Summary Judgment (Doc. No. 14) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

Dated: July 6, 2006

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Court